## RAY v. ATLANTIC CASUALTY INS. CO.

No. 439P93

Case below: 112 N.C.App. 259

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 2 December 1993.

## RC ASSOCIATES v. REGENCY VENTURES, INC.

No. 373P93

Case below: 111 N.C.App. 367

Motion by defendants to withdraw their petition for discretionary review allowed 7 December 1993.

## REID v. ROBERTS

No. 438P93

Case below: 112 N.C.App. 222

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 2 December 1993.

## ROBINSON v. ROBINSON

No. 35P94

Case below: 113 N.C.App. 422

Petition by defendant for temporary stay denied 21 January 1994; ruling on petition for writ of supersedeas delayed until receipt and determination of petition for writ of certiorari or petition for discretionary review.

## SAMONAS v. CRUMLEY

No. 539P93

Case below: 112 N.C.App. 544

Petition by plaintiff-appellant for discretionary review pursuant to G.S. 7A-31 denied 27 January 1994.